

Priority  
Send  
Enter  
Closed  
JS-5/JS-6 ✓  
JS-2/JS-3  
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No. CV 09-1365 WDK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **SHEILA ANN BURROUGHS,** | |
| Defendants. | |

The Application of Joe Hand Promotions, Inc. for the entry of Default Judgment as to Defendants Sheila Ann Burroughs a/k/a Sheila Ann Murray, individually and d/b/a Del Mar Restaurant & Bar, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the Plaintiff Joe Hand Promotions, Inc. against Sheila Ann Burroughs a/k/a Sheila Ann Murray, individually and d/b/a Del Mar Restaurant & Bar, as follows:

    (a)    Defendants Sheila Ann Burroughs a/k/a Sheila Ann Murray, individually and d/b/a Del Mar Restaurant & Bar, shall pay the Plaintiff, J & J Sports Productions, Inc., $9,439.50 in total damages plus attorney's fees in the

1  amount of $1,143.95 plus costs.

2

3  IT IS SO ORDERED.

4

5  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6  States mail or by telefax or by email, copies of this Order on counsel in this
7  matter.

8

9
10  Dated: **APR -8 2010**

11                                          _____
12                                          William Keller
13                                          United States District Judge

14